IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LARRY TROTTER                                                                                    PLAINTIFF

VS.                                      CASE NO. 08-CV-4005

WEYERHAEUSER CORPORATION                                                    DEFENDANT

## ORDER

Before the Court is Defendant Weyerhaeuser Corporation's Motion for Summary Judgment. (Doc. 24). Plaintiff Larry Trotter responded. (Doc. 32). Defendant replied. (Doc. 35). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (Doc. 24) should be and hereby is **GRANTED**. Plaintiff's claims are **dismissed with prejudice.**

**IT IS SO ORDERED**, this 18th day of May, 2009.

      /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge